UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. CR 06-283 JLR |
| v. ) | |
| ) | |
| DURWOOD JERELL MOORE, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| _____ ) | |

<u>Offenses charged</u>:

Count 1: Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1).

<u>Date of Detention Hearing</u>:   August 25, 2006.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1) The defendant has a lengthy criminal history and a history of failures to appear.

(2) Defendant has stipulated to detention, but reserves the right to contest his continued detention if there is a change in circumstances.

(3) There are no conditions or combination of conditions short of detention that will reasonable assure the presence of the defendant as required.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 25th day of August, 2005.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge