Judge Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. 06-283JLR |
| v. | ORDER CONTINUING TRIAL DATE |
| DURWOOD JERRELL MOORE, | |
| Defendant. | |

During a pre-trial conference on November 14, 2006, the defendant, through his counsel, Joseph Baker, requested a continuance of the trial date in this matter from December 5, 2006, until January 23, 2007. The defendant sought a continuance because his current counsel was only recently retained to represent the defendant and defendant and his counsel believed that counsel would need additional time to adequately prepare for trial in this matter. The defendant has executed and filed a Waiver of his Speedy Trial waiving his rights under the Sixth Amendment and the Speedy Trial Act, 18 U.S.C. §§ 3161-3174, through February 9, 2007. The Government did not oppose the defendant's request for a continuance.

After considering the defendant's request for a continuance, together with the balance of the records and files herein, the Court now finds and rules as follows:

The Court finds that the ends of justice served by granting the requested continuance of the trial date outweigh the best interests of the public and the defendant in a speedy trial, in that it would be unreasonable to expect adequate preparation for trial without a continuance because of the fact that defendant's current counsel was only recently retained and the need for further

ORDER CONTINUING TRIAL DATE/DURWOOD MOORE. - 1
(06-283JLR)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1 investigation, and it further appearing that the ends of justice served by granting the requested
2 continuance outweigh the interest of the public and the defendant in a speedy trial.
3     IT IS ORDERED that the defendant's oral motion to continue the trial date is
4 GRANTED.
5     IT IS FURTHER ORDERED that the trial date be continued from December 5, 2006,
6 until January 23, 2007.
7     IT IS FURTHER ORDERED that the period of delay from December 5, 2006, through
8 January 23, 2007, is excludable time pursuant to Title 18, United States Code, Section
9 3161(h)(8)(A), for the purpose of computing the time limitations imposed by the Speedy Trial
10 Act, Title 18, United States Code, Sections 3161 through 3164.
11     DATED this 20th day of November, 2006.

*[signature: James L. Robart]*

JAMES L. ROBART

United States District Judge

Presented by:

s/Carl Blackstone
CARL BLACKSTONE
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-3903
Telephone: (206) 553-2905
Fax: (206) 553-2422
E-mail: Carl.Blackstone@usdoj.gov

ORDER CONTINUING TRIAL DATE/DURWOOD MOORE. - 2
(06-283JLR)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970