Judge Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. 06-283JLR |
| | ) | |
| | ) | ORDER CONTINUING TRIAL DATE |
| vs. | ) | |
| | ) | |
| DURWOOD JERRELL MOORE, | ) | |
| Defendant. | ) | |

During a pre-trial conference on February 6, 2007, the defendant, through his counsel, Robert Goldsmith, requested a continuance of the trial date in this matter from February 20, 2007,  until March 5, 2007.  The defendant sought a continuance because his current counsel was only recently appointed to represent the defendant and defendant and his counsel believed that  counsel would need additional time to adequately prepare for trial in this matter.  The defendant has executed and filed a Waiver of his Speedy Trial waiving his rights under the Sixth Amendment and the Speedy Trial Act, 18 U.S.C. §§ 3161-3174, through March 30, 2007.  The Government did not oppose the defendant's request for a continuance.

After considering the defendant's request for a continuance, together with the balance of the records and files herein, the Court now finds and rules as follows:

The Court finds that the ends of justice served by granting the requested continuance of the trial date outweigh the best interests of the public and the defendant in a speedy trial, in that it would be unreasonable to expect adequate preparation for trial without a continuance because of the fact that defendant's current counsel was only recently appointed and the need for further

ORDER CONTINUING TRIAL DATE/DURWOOD MOORE. - 1
(06-283JLR)

1    investigation, and it further appearing that the ends of justice served by granting the requested

2    continuance outweigh the interest of the public and the defendant in a speedy trial.

3           IT IS ORDERED that the defendant's oral motion to continue the trial date is

4    GRANTED.

5           IT IS FURTHER ORDERED that the trial date be continued from February 20, 2007,

6    until March 5, 2007.

7           IT IS FURTHER ORDERED that the period of delay from February 20, 2007, through

8    March 5, 2007, is excludable time pursuant to Title 18, United States Code, Section

9    3161(h)(8)(A), for the purpose of computing the time limitations imposed by the Speedy Trial

10   Act, Title 18, United States Code, Sections 3161 through 3164.

11          DATED this 15th day of February,  2007.

12

13

14   _____

15

16                                               JAMES L. ROBART

17   Presented by:                               United States District Judge

18

19   s/Carl Blackstone_____

20   CARL BLACKSTONE
     Assistant United States Attorney
21   United States Attorney's Office

22   700 Stewart Street, Suite 5220
     Seattle, WA 98101-3903
23   Telephone:  (206) 553-2905

24   Fax:  (206) 553-2422
     E-mail:  Carl.Blackstone@usdoj.gov
25

26

27

28

ORDER CONTINUING TRIAL DATE/DURWOOD MOORE. - 2
(06-283JLR)